IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JOSEPH DONNELL STARKS,** | : | |
| | : | |
| Petitioner, | : | |
| VS. | : | NO. 3:22-CV-00058-CAR-CHW |
| | : | |
| **D PARKS WHITE,** *et al.*, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

# ORDER

*Pro se* Petitioner Joseph Donnell Starks, an inmate presently housed at the Dooly State Prison in Unadilla, Georgia, has filed a document that was docketed as a petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). If Petitioner wishes to proceed with this action, he must recast his petition using the Court's standard form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner is advised that the characterization of his pleading as a habeas petition will subject any subsequent petition attacking the same conviction or sentence to the restrictive conditions that federal law imposes upon second or successive § 2254 applications. Petitioner should therefore include every possible constitutional error or deprivation entitling him to federal habeas corpus relief in his recast petition. If Petitioner does not wish to now pursue habeas relief, he should notify the Court of this and/or

withdraw his petition within **FOURTEEN (14) DAYS** of the date shown on this Order. Petitioner is also directed to notify the Court in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.**  There will be no service of process in this case until further order.

      **SO ORDERED**, this 15th day of June, 2022.

                                        s/ Charles H. Weigle
                                        Charles H. Weigle
                                        United States Magistrate Judge